IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LUIS M. HARRIS,

     Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1365

Opinion filed April 7, 2015.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Luis M. Harris, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Cedell Ian Garland, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.